# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANTHONY JAMES FERRARO and LORA JEAN FERRARO, | : : | CASE NO. 14-10245 |
| Debtors | : : | CHAPTER 13 |
| -------------------------------------------- | : | |
| ANTHONY JAMES FERRARO and LORA JEAN FERRARO, | : : | HEARING DATE: October 12, 2017 |
| Movants | : | |
| v. | : : | HEARING TIME: 11:30 A.M. |
| RONDA J. WINNECOUR, Chapter 13 Trustee, | : : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF
## ORDER GRANTING MOTION FOR APPROVAL OF POST-PETITION FINANCING

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on September 7, 2017,

The method of service made on the parties: FIRST CLASS MAIL, POSTAGE PRE-PAID.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: September 7, 2017

        Respectfully submitted,

        SHAPIRA, HUTZELMAN, SMITH & WALSH

        By:/s/ Stephen H. Hutzelman
             Stephen H. Hutzelman, Esquire
             PA ID 06541
             305 West Sixth Street
             Erie, PA 16507
             Phone: 814-452-6800
             Fax: 814-456-2227
             Email: shutzelman@shapiralaw.com

Dated: September 7, 2017

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee, WD of PA
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15216

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222


SERVICE BY FIRST CLASS MAIL, POSTAGE PRE-PAID:

Corry Preowned Auto Sales
710 E. Columbus Avenue
Corry, PA 16407

Credit Acceptance
25505 West Twelve Mile Road
Southfield, MI 48034