FILED
9/6/17 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ANTHONY JAMES FERRARO and LORA JEAN FERRARO,<br>　　　　　　Debtors | : <br> : <br> : | CASE NO. 14-10245 <br><br> CHAPTER 13 |
| ANTHONY JAMES FERRARO and LORA JEAN FERRARO,<br>　　　　　　Movants<br>　　v.<br><br>RONDA J. WINNECOUR, Chapter 13 Trustee,<br>　　　　　　Respondent | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Related to Document No. 127 |

**ORDER**

AND NOW, this __6th__ day of _____September_____, 2017, upon consideration of the foregoing Motion to Approve Financing for Automobile, it is HEREBY ORDERED, ADJUDGED AND DECREED, that within thirty (30) days of this Order, the Debtors may obtain automobile financing in order to purchase a new or used motor vehicle. The financing shall be no greater than $6,000.00, including taxes and fees, with interest to be no more than 20.49%. Within forty-five (45) days of this Order, the Debtors shall file a Report of Purchase with the Court.

_____
Thomas P. Agresti, Judge　　jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony James Ferraro
Lora Jean Ferraro
      Debtors

Case No. 14-10245-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: gamr        Page 1 of 1        Date Rcvd: Sep 06, 2017
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.
db/jdb        +Anthony James Ferraro,   Lora Jean Ferraro,   24600 Weed Street,   Union City, PA 16438-4356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:
           Christopher A. DeNardo    on behalf of Creditor    Residential Credit Solutions, Inc., et al
            pabk@logs.com
           James  Warmbrodt    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc.
            except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com
           Joshua I. Goldman    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc.
            except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com
           LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., et al
            pabk@logs.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           Stephen H. Hutzelman    on behalf of Debtor Anthony James Ferraro shutzelman@shapiralaw.com,
            shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
           Stephen H. Hutzelman    on behalf of Joint Debtor Lora Jean Ferraro shutzelman@shapiralaw.com,
            shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                                TOTAL: 8