FILED
7/26/18 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 14-10245-TPA |
| | : | |
| Anthony James Ferraro | : | Chapter: 13 |
| Lora Jean Ferraro | : | |
| *Debtor(s).* | : | |
| | : | Date: 7/25/2018 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:**   #133 Motion to Borrow to Purchase Vehicle
　　　　　　　#135 Resp. by Trustee

**APPEARANCES:**

　　Debtor:　Michael Herman
　　Trustee:　Jana Pail

**NOTES:**

Pail:　Agree to make payment outside the plan but issue with delinquent payments. In addition to a higher plan payment they will also need to make this car payment.

Herman:　Debtor Husband had a medical condition that is why behind on payments.

**OUTCOME:**　GRANTED / OE

jlm