**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  ANTHONY JAMES FERRARO and<br>LORA JEAN FERRARO, | : | CASE NO. 14-10245 |
| Debtors | : | CHAPTER 13 |
| -------------------------------------------- | : | |
| ANTHONY JAMES FERRARO and<br>LORA JEAN FERRARO, | : | HEARING DATE: JULY 25, 2018 |
| Movants | : | |
| v. | : | HEARING TIME: 11:30 A.M. |
| RONDA J. WINNECOUR, Chapter 13<br>Trustee, | : | |
| Respondent | : | |

CERTIFICATE OF SERVICE OF
ORDER GRANTING MOTION FOR APPROVAL OF POST-PETITION FINANCING

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on July 27, 2018,

The method of service made on the parties: FIRST CLASS MAIL, POSTAGE PRE-PAID.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: July 27, 2018

        Respectfully submitted,

        SHAPIRA, HUTZELMAN & SMITH

        By:/s/  Stephen H. Hutzelman
              Stephen H. Hutzelman, Esquire
              PA ID 06541
              305 West Sixth Street
              Erie, PA 16507
              Phone: 814-452-6800
              Fax: 814-456-2227
              Email: shutzelman@shapiralaw.com

Dated: July 27, 2018

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Trustee, WD of PA
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15216

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 16222


SERVICE BY ELECTRONIC NOTIFICATION:

Jana Pail, Esquire
Chapter 13 Trustee
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2719
jpail@chapter13trusteewdpa.com


SERVICE BY MAIL:

Mr. and Mrs. Anthony J. Ferraro
24600 Weed Road
Union City, PA 16438