FILED
7/26/18 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANTHONY JAMES FERRARO and LORA JEAN FERRARO, Debtors | : | CASE NO. 14-10245 |
| | : | CHAPTER 13 |
| ANTHONY JAMES FERRARO and LORA JEAN FERRARO, Movants | : | HEARING DATE: JULY 25, 2018 |
| v. | : | HEARING TIME: 11:30 A.M. |
| RONDA J. WINNECOUR, Chapter 13 Trustee, Respondent | : | Related to Document No. 133 |

**ORDER**

AND NOW, this __25th__ day of _____July_____, 2018, upon consideration of the foregoing Motion to Approve Financing for Automobile, it is HEREBY ORDERED, ADJUDGED AND DECREED, that within thirty (30) days of this Order, the Debtors may obtain automobile financing in order to purchase a new or used motor vehicle. The amount of said loan shall be no greater than $5,000.00, and the monthly payments on said loan may be made directly to the lender by the Debtors.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony James Ferraro  
Lora Jean Ferraro  
    Debtors

Case No. 14-10245-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: gamr      Page 1 of 1      Date Rcvd: Jul 26, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.  
db/jdb         +Anthony James Ferraro,    Lora Jean Ferraro,    24600 Weed Street,    Union City, PA 16438-4356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:

           Christopher A. DeNardo     on behalf of Creditor    Residential Credit Solutions, Inc., et al pabk@logs.com  
           James    Warmbrodt     on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc. except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com  
           James    Warmbrodt     on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com  
           Joshua I. Goldman     on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc. except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com  
           LeeAne O. Huggins     on behalf of Creditor    Residential Credit Solutions, Inc., et al pabk@logs.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           Stephen H. Hutzelman     on behalf of Joint Debtor Lora Jean Ferraro shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
           Stephen H. Hutzelman     on behalf of Debtor Anthony James Ferraro shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
                                                                                                                                           TOTAL: 9