IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ANTHONY JAMES FERRARO | : | CASE NO. 14-10245 TPA |
| LORA JEAN FERRARO, | : | |
| Debtor | : | CHAPTER 13 |
| -------------------------------------------- | : | |
| ANTHONY JAMES FERRARO | : | |
| LORA JEAN FERRARO, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.  The Debtor has made all payments required by the Chapter 13 Plan.

2.  Include whichever one of the two following statements applies:

    __X__    The Debtors are not required to pay any Domestic Support Obligations

    *or*

    ____    The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification, *including amounts due before the petition was filed, but only to the extent provided for in the Plan.*

3.  The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.  On ___November 24, 2014___, at docket number __78__, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of Post-petition Instructional Course in Personal Financial Management,* with the *Certificates of Completion* attached to the form.

This Certification is being signed under penalty of perjury by *(include whichever one of the two following statements applies):*

____    Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

    or

__X__    Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Date: March 4, 2019

By:____/s/ Stephen H. Hutzelman_____
        Stephen H. Hutzelman, Esq.
        Attorney for the Debtor(s)
        305 West Sixth Street
        Erie, PA 16507
        Phone: (814) 452-6800
        Fax: (814) 456-2227
        e-mail: shutzelman@shapiralaw.com
        PA ID 06541