**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/5/19 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  ANTHONY JAMES FERRARO<br>LORA JEAN FERRARO<br>      Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  ANTHONY JAMES FERRARO<br>LORA JEAN FERRARO<br><br>      Respondents | Case No.14-10245TPA<br><br><br>Chapter 13<br><br><br><br>Document No.___141___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

    AND NOW, this ___5th___ day of __March__, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pasco Tool<br>
Attn: Payroll Manager<br>
140 Baldwin St<br>
Meadville, PA 16335

is hereby ordered to immediately terminate the attachment of the wages of ANTHONY JAMES FERRARO, social security number XXX-XX-0646. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANTHONY JAMES FERRARO.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

*/s/ Ronda Winnecour*
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony James Ferraro  
Lora Jean Ferraro  
       Debtors

Case No. 14-10245-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Mar 05, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db/jdb        +Anthony James Ferraro,  Lora Jean Ferraro,  24600 Weed Street,  Union City, PA 16438-4356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:

         Christopher A. DeNardo    on behalf of Creditor   Residential Credit Solutions, Inc., et al  
          pabk@logs.com  
         James   Warmbrodt    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc. except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com  
         James   Warmbrodt    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc. except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com  
         LeeAne O. Huggins    on behalf of Creditor   Residential Credit Solutions, Inc., et al pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Stephen H. Hutzelman    on behalf of Joint Debtor Lora Jean Ferraro shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
         Stephen H. Hutzelman    on behalf of Debtor Anthony James Ferraro shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com

                                                                                                        TOTAL: 9