Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Anthony James Ferraro** | : | Case No. 14−10245−TPA |
| **Lora Jean Ferraro** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 146 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/10/19 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 1st of May, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 146 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before June 17, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *July 10, 2019 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-10245-TPA
Anthony James Ferraro                                                   Chapter 13
Lora Jean Ferraro
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2           Date Rcvd: May 01, 2019
                              Form ID: 300b           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb         +Anthony James Ferraro,    Lora Jean Ferraro,    24600 Weed Street,    Union City, PA 16438-4356
13805327      #+Acqura Loan Services,    now Clear Spring Loan Services,    18451 Dallas Parkway,   Suite 100,
                Dallas, TX 75287-5209
13805346       +Amy F. Doyle, Esquire,    Wolpoff & Abramson, LLP,    9801 Washington Blvd.,
                Gaithersburg, MD 20878-5355
13805329       +Bloomfield Township Sewer Authority,    22978 Shreve Ridge Road,   Suite 2,
                Union City, PA 16438-3540
13805333       +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
13805334        Creditech,    PO Box 99,   Bangor, PA 18013-0099
14152538       +EMC Mortgage Corporation,    2780 Lake Vista Drive,   Lewisville, TX 75067-3884
13805336       +IC System,    Po Box 64378,   Saint Paul, MN 55164-0378
13893066       #Residential Credit Solutions,    PO Box 163229,   Ft Worth, TX 76161-3229
14311168       +Rushmore Loan Management Serives LLC,    P.O.Box 514707,   Los Angeles,CA 90051-4707
13805342       +US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
13805343       +Verizon,    PO Box 5156,   Tampa, FL 33675-5156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13805328       +E-mail/Text: EBNProcessing@afni.com May 02 2019 03:36:56      AFNI, Inc.,   PO Box 3097,
                Bloomington, IL 61702-3097
13840572        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2019 03:31:54
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13805330       +E-mail/Text: matthartweg@cbjcredit.com May 02 2019 03:37:37      CBJ Credit Recover,
                117 W 4th St,   Jamestown, NY 14701-5005
13805331       +E-mail/Text: matthartweg@cbjcredit.com May 02 2019 03:37:37      CBJ Credit Recovery,
                117 W 4th St,   Jamestown, NY 14701-5005
13889439        E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:29:00
                LVNV Funding, LLC its successors and assigns as,    assignee of B-Line, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13889637        E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:29:01
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13805337       +E-mail/Text: egssupportservices@alorica.com May 02 2019 03:36:59      NCO Financial,
                5 Penn Center W,   Pittsburgh, PA 15276-0120
13805338        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:36:07      PA Department of Revenue,
                Department 280946,    Bamkruptcy Division,   PO Box 280946,
                Harrisburg, Pennsylvania 17128-0946
13889259       +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:30:26
                PYOD, LLC its successors and assigns as assignee,    of Compucredit,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13805339       +E-mail/Text: ebn@vativrecovery.com May 02 2019 03:35:37      Palisade Collections, LLC,
                210 Sylvan Avenue, #1,    Englewood Cliffs, NJ 07632-2524
13805340       +E-mail/Text: ebn@vativrecovery.com May 02 2019 03:35:37      Palisades Collection,
                210 Sylvan Avenue, #1,    Englewood Cliffs, NJ 07632-2510
13809650        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:36:08
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
13810766        E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:35:55
                Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,   PO Box 788,
                Kirkland, WA  98083-0788
13853138        E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:35:55
                Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
13805341        E-mail/Text: bk@revenuegroup.com May 02 2019 03:37:25      Revenue Group,
                4780 Hinckley Industrial Parkway,    Suite 200,   Cleveland, OH  44109
13805344        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 02 2019 03:35:05
                Verizon North,   PO Box 28000,    Lehigh Valley, Pennsylvania 18002-8000
                                                                                               TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              EMC Mortgage LLC
cr              EMC Mortgage LLC through sale and QCD to REOCO, In
cr              Residential Credit Solutions, Inc., et al
13805345        Wolpoff & Abramson, LLP,   Two Irvington Centre,   702 King Farm Blvd.
13805332      ##+Commercial Acceptance,   2 W Main St,   Shiremanstown, PA 17011-6326
13805335      ##+Residential Credit Solutions, Inc.,   PO Box 163289,   Fort Worth, TX 76161-3289
                                                                                    TOTALS: 4, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: jmar              Page 2 of 2            Date Rcvd: May 01, 2019
                              Form ID: 300b           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:

```
        Christopher A. DeNardo    on behalf of Creditor   Residential Credit Solutions, Inc., et al
         pabk@logs.com
        James   Warmbrodt    on behalf of Creditor   EMC Mortgage LLC bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor   EMC Mortgage LLC through sale and QCD to REOCO, Inc.
         except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor   EMC Mortgage LLC through sale and QCD to REOCO, Inc.
         except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com
        LeeAne O. Huggins    on behalf of Creditor   Residential Credit Solutions, Inc., et al
         pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Stephen H. Hutzelman    on behalf of Debtor Anthony James Ferraro shutzelman@shapiralaw.com,
         shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
        Stephen H. Hutzelman    on behalf of Joint Debtor Lora Jean Ferraro shutzelman@shapiralaw.com,
         shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                              TOTAL: 9
```