**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Anthony James Ferraro** | Social Security number or ITIN  **xxx–xx–0646** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lora Jean Ferraro** | Social Security number or ITIN  **xxx–xx–1990** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–10245–TPA**

# Order of Discharge                                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony James Ferraro                                        Lora Jean Ferraro

<u>6/18/19</u>                                                                 **By the court:**    <u>Thomas P. Agresti</u>
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-10245-TPA
Anthony James Ferraro                                                     Chapter 13
Lora Jean Ferraro
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut              Page 1 of 2         Date Rcvd: Jun 18, 2019
                              Form ID: 3180W          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
```
db/jdb         +Anthony James Ferraro,    Lora Jean Ferraro,    24600 Weed Street,    Union City, PA 16438-4356
13805327      #+Acqura Loan Services,    now Clear Spring Loan Services,    18451 Dallas Parkway,    Suite 100,
                Dallas, TX 75287-5209
13805346       +Amy F. Doyle, Esquire,    Wolpoff & Abramson, LLP,    9801 Washington Blvd.,
                Gaithersburg, MD 20878-5355
13805329       +Bloomfield Township Sewer Authority,    22978 Shreve Ridge Road,    Suite 2,
                Union City, PA 16438-3540
13805332       +Commercial Acceptance,    2 W Main St,   Shiremanstown, PA 17011-6326
13805333       +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
13805334        Creditech,    PO Box 99,   Bangor, PA 18013-0099
14152538       +EMC Mortgage Corporation,    2780 Lake Vista Drive,    Lewisville, TX 75067-3884
13893066       #Residential Credit Solutions,    PO Box 163229,    Ft Worth, TX 76161-3229
14311168       +Rushmore Loan Management Serives LLC,    P.O.Box 514707,    Los Angeles,CA 90051-4707
13805342       +US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
13805343       +Verizon,   PO Box 5156,    Tampa, FL 33675-5156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:48:17     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
13805328       +EDI: AFNIRECOVERY.COM Jun 19 2019 06:28:00      AFNI, Inc.,   PO Box 3097,
                 Bloomington, IL 61702-3097
13840572        EDI: AIS.COM Jun 19 2019 06:28:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
13805330       +E-mail/Text: matthartweg@cbjcredit.com Jun 19 2019 02:49:12     CBJ Credit Recover,
                 117 W 4th St,   Jamestown, NY 14701-5005
13805331       +E-mail/Text: matthartweg@cbjcredit.com Jun 19 2019 02:49:12     CBJ Credit Recovery,
                 117 W 4th St,   Jamestown, NY 14701-5005
13805336       +EDI: IIC9.COM Jun 19 2019 06:28:00     IC System,   Po Box 64378,   Saint Paul, MN 55164-0378
13889439        EDI: RESURGENT.COM Jun 19 2019 06:28:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of B-Line, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13889637        EDI: RESURGENT.COM Jun 19 2019 06:28:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
13805337       +E-mail/Text: egssupportservices@alorica.com Jun 19 2019 02:48:46     NCO Financial,
                 5 Penn Center W,   Pittsburgh, PA 15276-0120
13805338        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:48:17     PA Department of Revenue,
                 Department 280946,   Bamkruptcy Division,   PO Box 280946,
                 Harrisburg, Pennsylvania 17128-0946
13889259       +EDI: RESURGENT.COM Jun 19 2019 06:28:00     PYOD, LLC its successors and assigns as assignee,
                 of Compucredit,   Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
13805339       +E-mail/Text: ebn@vativrecovery.com Jun 19 2019 02:47:55     Palisade Collections, LLC,
                 210 Sylvan Avenue, #1,   Englewood Cliffs, NJ 07632-2524
13805340       +E-mail/Text: ebn@vativrecovery.com Jun 19 2019 02:47:55     Palisades Collection,
                 210 Sylvan Avenue, #1,   Englewood Cliffs, NJ 07632-2510
13809650        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:48:17     Pennsylvania Department of Revenue,
                 Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13810766        EDI: Q3G.COM Jun 19 2019 06:28:00     Quantum3 Group LLC as agent for,
                 Galaxy International Purchasing LLC,    PO Box 788,   Kirkland, WA 98083-0788
13853138        EDI: Q3G.COM Jun 19 2019 06:28:00     Quantum3 Group LLC as agent for,   CF Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
13805341        E-mail/Text: bk@revenuegroup.com Jun 19 2019 02:49:03     Revenue Group,
                 4780 Hinckley Industrial Parkway,   Suite 200,   Cleveland, OH 44109
13805344        EDI: VERIZONCOMB.COM Jun 19 2019 06:28:00     Verizon North,   PO Box 28000,
                 Lehigh Valley, Pennsylvania 18002-8000
                                                                                              TOTAL: 18
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              EMC Mortgage LLC
cr              EMC Mortgage LLC through sale and QCD to REOCO, In
cr              Residential Credit Solutions, Inc., et al
13805345        Wolpoff & Abramson, LLP,   Two Irvington Centre,   702 King Farm Blvd.
13805335      ##+Residential Credit Solutions, Inc.,   PO Box 163289,   Fort Worth, TX 76161-3289
                                                                                TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: mgut               Page 2 of 2           Date Rcvd: Jun 18, 2019
                              Form ID: 3180W          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:

```
          Christopher A. DeNardo    on behalf of Creditor   Residential Credit Solutions, Inc., et al
           pabk@logs.com
          James   Warmbrodt    on behalf of Creditor    EMC Mortgage LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc.
           except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    EMC Mortgage LLC through sale and QCD to REOCO, Inc.
           except for NJ, QCD after sale in the name of REOCO, Inc. of New Jersey bkgroup@kmllawgroup.com
          LeeAne O. Huggins    on behalf of Creditor    Residential Credit Solutions, Inc., et al
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stephen H. Hutzelman    on behalf of Debtor Anthony James Ferraro shutzelman@shapiralaw.com,
           shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
          Stephen H. Hutzelman    on behalf of Joint Debtor Lora Jean Ferraro shutzelman@shapiralaw.com,
           shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                             TOTAL: 9
```